██ The complaint against Joseph DiVarco, on the other hand, was adequate to charge the offense. It alleged that he unlawfully and *knowingly* conducted a business under an assumed name. This complaint met the requirement of section 4(3) of the Criminal Code, that to be convicted of an offense an accused must act with one of the mental states provided for in sections 4—4 through 4—7—in this case the mental state of knowledge as defined in section 4—5. The trial court erred in dismissing the complaint against Joseph DiVarco.

The dismissal of the complaints against Joseph Arnold and Peggy Divarco is affirmed. The dismissal of the complaint against Joseph Di-Varco is reversed and the cause is remanded for trial.

Affirmed in part; reversed in part and remanded.

McGLOON, P. J., and McNAMARA, J., concur.

IRWIN R. CALLEN *et al.*, Plaintiffs and Counter-defendants-Appellees, *v.* ALBERT KORETZKY *et al.*, Defendants and Counter-plaintiffs-Appellants.

(No. 55248; )

First District—January 20, 1972.

Opinion by Mr. JUSTICE DEMPSEY.

Albert Koretzky, of Chicago, for appellants.

Wildman, Harrold, Allen & Dixon of Chicago, (Leonard C. Swanson, of counsel,) for appellees.